9th District Federal Courts Southern District
Phoenix Dist: Southern Calif. Dist. Central District
Coram Nobis 28 U.S.C. 1655; 28 USC 1332 (a)
Diversity jurisdiction seeking over $75,000.00

Pg 1.

James Lynn O'Hines
197067
Florence State Prison
Box 3400 SMU II
Florence, AZ 85232

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ProSe

"Imminent Danger Motion"
Ultra Hazardous Activity Tort
520 § 1977
Title 28 U.S.C. §§ 1631 - 1652 II
Abnormal Dangerous Activity

'08 CV 0762 LAB RBB

FILED
APR 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [illegible] DEPUTY

Mr. James Lynn O'Hines
plaintiff.

V

Jaffe MD Inc. et. al. (Numerous Does.)
Attorney: K.S. Countryman P.C. Esq.
Audio Video Tech Assistant "Larry Hissong" %
Georgia Street Real Estate Mgmt. "Cascade"
San Diego East County " "Jim White %
Gaslamp Real Estate Cole Block 5th Ave. (eg).
defendant.

Use of a Tracking Device(s).

See: Title III Omnibus Crime Control And safe Streets Act of 1968 as: amended by Title I of the 1986, Electronic Communication Privacy Act 18 § USCA 2510 - 2520

1. Plaintiff suffers continued serious harm to self by custody of defendant(s) from San Diego to Phoenix and continued damage(s) to property inherited 1018 Bompart Ave. Webster Groves Mo. Racially Motivated and Religiously Orientated Conflict involving Narcotic Sales. And Sexual offenses. In the course of a protected activity custody/parole 42 USCA § 2000 c 3 (a).
2. Without Conversion of custody, current supervision cannot be performed without this risk regardless of the precaution taken. Custody supervision in Arizona obstructs due process, And denies Equal Protection Liberty Interests, by discriminatory Affirmative Action Reverse Racial supervision by Minorities and Adverse Whites of plaintiff a Seminole - white citizen. 42cj3j
3. High Profile Case Concerns that do not ordinarily occur it is Media connected and a Carroll Doctrine Issue: F.C.C. Violations to create unfair and impartial Venue; locale: Economic Injury to an existing licensee contested by Advertisement subliminal, Television v. Radio San Diego to Phoenix from Santa Barbara Ca. Region IV parole Dept. Fox 10 News Investigative Reporter Keith Gaston, Sacramento Dewey Hopper also of 819 University Ave. San Diego W6BN. Chicago Illinois and plaintiff(s) Pulse T.V. Contract of Atascadero California. Copyright Infringements for Keith Urban by Atty K.S. Countryman P.C and Jaffe Inc Wilshire Blvd. Los Angeles Ca. Dr. Beerman, Dr. Michael A. Jaffe MD Inc Dr. Leone and Ariz Dept of Corr. Doctors of Contract for Behavior Science Analysis of plaintiff by Electronic Television Surveillence 18 USC § 2510 - 2520 video camera.

18 USCA § 1961 (4) United States v. Turkette
452 US 576 101 S.Ct 2524 (1981) § § §

Freedom of Information Act
5 U.S.C.A § 552.
5 U.S.C.A § 551
ATF § FBI § DEA §

JAMES LYNN HINES
ASPC EYMAN-SMU II
PO BOX 3400
FLORENCE AZ 85232

v. Jaffe M.D. Inc. et. al.

Abnormally Dangerous Activity: Supervision in a state custody capacity for a ulterior motive of private financial gain or withholding monies from plaintiff. Sex and Violence: Prison Rape Elimination Act P.R.E.A Law S. 1435. # California and Arizona: Battery on a non-prisoner 4501.5 calif p.c. # Arizona Revised Statute(s) ARS: 13-1204 Aggravated Assault justification self defense Corcoran Calif to Florence Arizona Security Housing and Management Units: Up to date 3-4-08 to 3-7-08; Retro-Active to / from 1997 # Calif to Ariz: "Quintana" Asian - Mexican - White - Seminole flaunting and feeding to result in injuries in/of a protected activity custody and parole.

Church of St. Thomas of AQUINIS; occult activities "Q" cult of Japan Anthrax on Subways ... and Anthrax to North Dakota Senator Tom Daschell, and United States Postal Service and audio video technical assistance hazard abnormal activities true identity of female child of Greendale school who wrote letter as presumed daughter of plaintiff - petitioner in state custody vs. Black and White Racially and Psychologically.

Petitioner is Pleading for a Federal agency conversion of custody and concurrent jurisdiction for impartible feeding Calif to Ariz interdepartmentally for a consolidation of diversity jurisdiction by statute(s) 28 U.S.C § 1332 (a) and, 28 USC § 1367, Accomplice liability and or accessory before the fact 18 USCA § 2 Petitioner is a incarcerated presumed father putatively supervised isolated and secluded except for television video camera surveillance 18 USC 2510 § § 252 Incommunicado except for modem telephonic automated Electronic Surveillance. Petitioner has also a claim for Hertzberg Leslie Witness protection Act Calif p.c. Los Angeles double homocides pre-meditated 8-21-88 to 1996-97 Racially, and sexually, religiously motivated (see: pgs 2-A to 6-A). Civil disorder and State Organizational Victimization 18 USC § 18 and Fed R. Crim P. 12.4 (a) (2)(b)(1).

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CM/ECF ATTORNEY INFORMATION UPDATE FORM

This form shall be used to update an attorney's firm name, address, e-mail address or telephone number or to consent to electronic service of court docuemnts. In addition to submitting this form, if the attorney has any pending cases, the attorney shall file and serve a copy of a notice of change of attorney information, form G-6, upon all opposing parties, Local Rule 83-2.7.

Scheck, Barry C.
Name: (Last, First, M.I.)

New York N.Y.
California State Bar Number

☒ Out-of-state attorney ☐ Check this box if you are a patent, trademark or copyright attorney.

**Check the appropriate box(es) if you are an Assistant U. S. Attorney (AUSA) or a Deputy Federal Public Defender (DFPD) with the Central District of California:**

☐ AUSA ☐ DFPD

☐ Civil Division ☐ Criminal Division

☐ Los Angeles ☐ Santa Ana ☐ Riverside

**Update the following information:**

"Innocence Project"
Firm/Government Agency Name

100 Fifth Ave 3RD Floor
Address

212-364-5340
Phone Number

www.innocence project.org
Primary Internet E-mail address

Secondary E-mail address (up to two addresses only):

☐ Add ______

☐ Remove ______

**Apply the updated information to:**

☐ pending and terminated civil cases* ☐ pending and terminated criminal cases*

☐ pending civil cases only* ☐ pending criminal cases only*

☐ no cases to be updated

☐ the following cases only (include the division code, year, case type, case number, i.e., 2:07-CV-01234)

NOTE: A list of your cases may be obtained by querying your name in the CM PACER system.
*CAUTION! You will receive notices of electronic filing for cases you may no longer be associated with if you did not file a substitution of attorney or notice of reassignment of attorney.

**Delivery options (please check only one box). Your selection will apply to both primary and secondary E-mail address(s):** ☐ Send an individual notice for each filing ☐ Send a daily summary report

*I consent to receive service of judgments, orders and other court documents by electronic transmission at the e-mail address provided above.*

Date ______

[signature] "pro per/pro se"
Signature

**A Public Access to Court Electronic Records (PACER) account is required to access documents electronically sent. To establish a PACER account, call 1-800-676-6856 or go to www.pacer.psc.uscourts.gov**

Return completed form to: Email_Update@cacd.uscourts.gov or fax to (213) 894-2342 or mail to:
United States District Court, Central District of California, 312 N. Spring St., Room G-8, Los Angeles, CA 90012,
Attention: Attorney Admission Clerk

F.B.I. Citizens Complaint's

(4.) Marvin K. Brown Cadillac U.S.A and ARCO Gas Stations of Harvey Brown Family St Louis Mo are associates of Ethonal Petroleum Sales of Aunt and Uncle Joe and Betty Cole of Dalton City, Illinois. The Brown Family are familiar associates to complainant James Lynn Hines. Mr James Lynn Hines is Personal associate to Harvey Brown. And is favored beneficiary to a codicil of a "Treatise to a Will" § 7 at 11-1900 WEST, 1983 US Const Art 1 § 7.3 Guide to American Law 165.66 unestimated

(5) On Oct 7 2004 in Phoenix State Capital area defendants use C.I. Edward "Quintana" Hernandez of Santa Barbara San Diego criminal gang to Ambush "Board and Care Home parollee" A.W.O.L. into a stabbing aggravated assault arrest at Good Samaritan Hospital for ulterior motives to aid and abet a pre-conceived conspiracy identical to the Brentwood Homocides using audio video survelllence

(6) San Diego c/os at Florence have physically "jumped on" petitioner. And food and basic necessities are witheld to punish petitioner Interstate compact transfered San Diego County to Arizona by Electronic Surveillence Statute: 18 USC §§ 2510-2520 television surveillence computer stalking Automation George White Cross Paton A text book of jurisprudence 315 4th ed. 1972 # aka "Mexican Radio" by Calif Dept of Corrections in Arizona.

(7) Prescription Narcotics are sold as "heroin" and "meth" and provided by Dr. Jaffe MD Inc. Dr Leone San Diego Calif to transient personnel and behavioral problems with hispanic speaking officers are daily dilemma since chulavista calif court case in 1998 with A.T.F concerns for Burnet staff owners, operators La Mesa Ca. to Phoenix Az H.Q private business operations of defendants. Underground telephonic computer labs.

(8.) Over familiar familial issues for quasi-case jurisdiction concerns has evolved over racial, "reverse racial agenda" Petitioner is a Seminole Indian-White of mixed bloods eligible for Federal placement. Child Custody, Medical Malpractice, Legal Mal-practice HMO Geico - All State Insurance claim UCC § 9-104(C), Labor Dispute 29 USCA § 152 (7) and HIPA 42 USC § 1396r monetary compensation is/are in debate controversy.

(9) Defendants claim custody of petitioners child at Mollison and Madison Ave El Cajon Ca. And Hostilities for INS employment at Henry's Markets' family business 15th Amend U.S. Const. violations by Active supervision case at Law: Patrick v Burget 486 US 94 100-01 108 S Ct 1658 1663 (1988) # Relief: Conversion of Custody forthwith to Federal Agency compensatory punitive damages by statute.

(10) Conclusion: All necessary means and measures have been presented to the courts for Discretionary review. March 9th 2008 pro per James Lynn Hines 197067 #

3

James Lyon O' Hinds 197067
Box 3400 1040 South
ASPC Florence Eyman Complex
Florence Az 85232
aka Jackson Malloy K86959

United States District Courts
401 W. Washington St. Ste 130
Phoenix Az 85003-2118

Mr James Lyon O' Hinds v. Warden Dorvecos Florence

28 USC § Coram Nobis

28 USC § 1746 Affidavit.

Racial Hate Crime (s). Issue § Family History for Prior 1950 1980's Dr. Miller Jaffe and Rachel Peck and Gerald Shot for a Tri Effort of Joe Cole Estates Acres, Joe Gray, and Larry Hissong did Commit sexual assault to Cause cancer (See List of Victims) for Insurance fraud and theft of Policy based on Masons Philosophy.

Oct 7 2004 Rule § Joe Arpaio and family illegally arrest Petitioner in defense of self. property. Third Party (daughter 14 yrs. of age). For aggravated assault. Prison Rape Elimination Act of 2003 Law S. 1435 Signed by President George W. Bush Sep. 4 2003. # (Retro-Actively.)

Application § 5 U.S.C.A. 551 and 5 U.S.C.A. 552. Federal Agency Intervention for Information and Conversion of custody and compensatory and punitive damages award. by Statute(s) of 42 USC § 1396, $500.00 a day and/or $25,000.00 a month.

Conclusion § 6th Amend. Const. Rights Violation by Joe Arpaio's Church and Sheriffs to discriminate and deny Jury, Judge, attorney fair and Impartial Venue, access.

3/26/08.

James Lyon O'Hinds

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 ____ 1983 ✓
FILING FEE PAID
Yes ____ No ✓
IFP MOTION FILED
Yes ____ No ✓
COPIES SENT TO
Court ✓ Prose ✓

FILED
APR 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

I (a) PLAINTIFFS

**James Lynn O'Hines**

DEFENDANTS

**Jaffe Inc, et al**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**James Lynn O'Hines**
**PO Box 3400**
**Florence, AZ 85232**
**197067**

ATTORNEYS (IF KNOWN)

**'08 CV 0762 LAB RBB**

II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**42 U.S.C. 1983**

V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

CONTRACT
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Eiectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

TORTS

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury-Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights

FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

LABOR
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc.
- ☐ Security Act

BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

SOCIAL SECURITY
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

OTHER STATUTES
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 DEMAND $ Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE Docket Number

DATE 4/24/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~

R.Mullels